UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

PETITION OF JOHN AND
BRUNNA CORNELL as owners
pro hac vice of and for a 23' 2023
CROWLINE E235XS, hull
Identification number
KIS89500C323, her engines, tackle,
And appurtenances, for Exoneration
From or Limitation of Liability

                                                     Case No. 8:24-cv-900-SDM-AAS

_____/

## ORDER

On August 21, 2024, Freedom Boat Club, LLC, appeared in this action. I am a member of Freedom Boat Club. Although I do not doubt my ability to remain impartial throughout this case, under 28 U.S.C. § 455, a judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned. 28 U.S.C. § 455(a). When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

Accordingly, I recuse myself. The Clerk is **DIRECTED** to reassign this case to another magistrate judge by random draw.

**ORDERED** in Tampa, Florida on September 3, 2024.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2