UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN CORNELL and
BRUNNA CORNELL,

    Petitioners,

v.                                    CASE NO. 8:24-cv-900-SDM-NHA

ALL POTENTIAL CLAIMAINTS,
et. al.,

    Respondents.
_____/

## **ORDER**

John Cornell and Brunna Cornell petition (Doc. 1) for exoneration from, or limitation of, liability for a boating accident that occurred on July 30, 2023. Peter Mackey, the owner of a vessel damaged in the accident, moves (Doc. 19) to dismiss the petition, and the petitioners respond (Doc. 26) in opposition. In a well-reasoned report, the magistrate judge recommends (Doc. 43) granting the motion to dismiss and dismissing the petition without prejudice to re-filing. No objection appears.

A review of the report and recommendation reveals no error, clear or otherwise. The several deficiencies identified by the report and recommendation warrant dismissing the petition. For these reasons and for the reasons admirably explained in the report and recommendation, the report and recommendation (Doc. 43) is **ADOPTED**, and the motion (Doc. 19) to dismiss the petition is **GRANTED**. The petition is **DISMISSED WITHOUT PREJUDICE**. No later than February 7, 2024,

the petitioners may submit an amended petition. Failure to correct each deficiency identified in the report and recommendation will result in dismissal without leave to amend. The motion (Doc. 25) for default judgment is **DENIED AS MOOT**.

ORDERED in Tampa, Florida, on January 10, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE