UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

PETITION OF JOHN AND BRUNNA
CORNELL, AS OWNERS PRO HAC
VICE OF AND FOR M/V TIMELESS,
A 2023 CROWNLINE E235XS,              CASE NO. 8:24-cv-900-SDM-NHA
HULL IDENTIFICATION NUMBER
 KIS89500C323, HER ENGINES,
TACKLE, AND APPURTENANCES,

    Petitioners.
_____/

## ORDER

The petitioners move (Doc. 120) unopposed for entry of a final default judgment against all non-appearing claimants. In a thorough and well-reasoned report (Doc. 121), the magistrate recommends (1) granting the motion for final default judgment against all non-appearing claimants, (2) entering judgment against any potential claimant that failed to respond timely or submit a claim, and (3) barring them from filing future claims against the petitioners arising from the July 30, 2023, incident as described in the amended petition (Doc. 58). No objection appears.

The report and recommendation (Doc. 121) is **ADOPTED**. The motion (Doc. 120) is **GRANTED**. The clerk must enter judgment in favor of the petitioners against all non-appearing claimants. The petitioners are **EXONERATED** from liability for all non-appearing claimants' claims from the July 30, 2023, as described in

the amended petition (Doc. 58). Specifically excluded from this default judgment are the appearing claimants Freedom Boat Club, LLC; Freedom Marine Sales, LLC; Peter Mackey; Madelyn Alvarez; Israel Jose Marquez Hernandez; and three minor children.

    ORDERED in Tampa, Florida, on November 14, 2025.

                                    STEVEN D. MERRYDAY
                                    UNITED STATES DISTRICT JUDGE